**Opinion issued August 30, 2012.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

NO. 01-11-00790-CV

————————————

**KATHLEEN ANNE HYATT, Appellant**

**V.**

**JERRY LEE HYATT, Appellee**

---

**On Appeal from the 247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2010-81932**

---

**MEMORANDUM OPINION**

Appellant has filed a motion to dismiss the appeal. No opinion has issued. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

## PER CURIAM

Panel consists of Justices Bland, Massengale, and Brown.